```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 23581
    JACQUELINE M JONES
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
           Debtor
    SSN XXX-XX-3574

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 06/22/2004 and was confirmed 09/02/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was paid in full 10/05/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------
DRIVE FINANCIAL SERVICES  SECURED            6675.00        499.21       6675.00
DRIVE FINANCIAL SERVICES  UNSECURED          1862.06           .00        186.21
NATIONAL CASH ADVANCE     UNSECURED          1033.00           .00        103.30
AMERICAN RECOVERY SERVIC  UNSECURED        NOT FILED           .00            .00
ARMOR SYSTEMS CORP        UNSECURED        NOT FILED           .00            .00
AT&T BROADBAND            UNSECURED        NOT FILED           .00            .00
BAKER MILLER MARKOFF & K  UNSECURED        NOT FILED           .00            .00
CAPITAL ONE BANK          UNSECURED        NOT FILED           .00            .00
CB USA INC                UNSECURED          1606.00           .00        160.60
CITY OF CHICAGO PARKING   UNSECURED           610.00           .00         61.00
CITY OF CHICAGO PARKING   UNSECURED        NOT FILED           .00            .00
CITY OF CHICAGO PARKING   UNSECURED        NOT FILED           .00            .00
CLERK OF THE CIRCUIT COU  UNSECURED OTH       40.40           .00         40.40
NCO FINANCIAL             UNSECURED           129.36           .00         12.94
CONSUMERS ILLINOIS WATER  UNSECURED        NOT FILED           .00            .00
CREDITORS COLLECTION BUR  UNSECURED        NOT FILED           .00            .00
DOMINICKS                 UNSECURED        NOT FILED           .00            .00
BALLYS                    UNSECURED          1653.98           .00        165.40
CIRCUIT CITY STORES INC   UNSECURED        NOT FILED           .00            .00
FIRST PREMIER BANK        NOTICE ONLY      NOT FILED           .00            .00
HARVARD COLLECTION SERVI  UNSECURED        NOT FILED           .00            .00
JBC & ASSOCIATES          UNSECURED        NOT FILED           .00            .00
MARLIN ACQUISITION        UNSECURED        NOT FILED           .00            .00
MIDWESTERN TELECOMMUNICA  UNSECURED        NOT FILED           .00            .00
NATIONAL FURNITURE        UNSECURED        NOT FILED           .00            .00
NEXTEL COMMUNICATIONS     UNSECURED        NOT FILED           .00            .00
NICOR GAS                 UNSECURED           346.34           .00         34.63
ORCHARD BANK              UNSECURED        NOT FILED           .00            .00
REED FINANCIAL SERVICES   UNSECURED        NOT FILED           .00            .00
RIVERSIDE MEDICAL CENTER  UNSECURED        NOT FILED           .00            .00
RYAN & REED               UNSECURED        NOT FILED           .00            .00
SALLY BEAUTY              UNSECURED        NOT FILED           .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 23581 JACQUELINE M JONES
```

```
AT & T BANKRUPCTY          UNSECURED         1379.00             .00         137.90
COLLECTION COMPANY OF AM   NOTICE ONLY    NOT FILED              .00            .00
WTC DEPARTMENT             NOTICE ONLY    NOT FILED              .00            .00
AT & T BANKRUPCTY          UNSECURED     NOT FILED               .00            .00
AT & T BANKRUPCTY          UNSECURED     NOT FILED               .00            .00
SBC AMERITECH ADVERTISIN   UNSECURED     NOT FILED               .00            .00
SOUTHWEST CREDIT SYSTEMS   UNSECURED     NOT FILED               .00            .00
SUBURBAN HEIGHTS MEDICAL   UNSECURED     NOT FILED               .00            .00
T-MOBILE BANKRUPTCY        UNSECURED          147.38             .00          14.74
TRS RECOVERY SERVICES IN   UNSECURED     NOT FILED               .00            .00
US EMPLOYEES CU            UNSECURED         1292.38             .00         129.24
VALUE CITY                 UNSECURED     NOT FILED               .00            .00
WAL MART STORES INC        UNSECURED     NOT FILED               .00            .00
ADVOCATE HEALTH CARE FED   UNSECURED     NOT FILED               .00            .00
AMERICASH LOANS WHEELING   UNSECURED     NOT FILED               .00            .00
AT&T BROAD BAND            UNSECURED     NOT FILED               .00            .00
CITIBANK                   UNSECURED     NOT FILED               .00            .00
ILLINOIS DEPT OF REVENUE   UNSECURED           51.80             .00           5.18
CITY OF CHICAGO            NOTICE ONLY   NOT FILED               .00            .00
COMPUTER CREDIT SERVICE    UNSECURED     NOT FILED               .00            .00
CONSUMER PORTFOLIO SERV    FILED LATE       5001.04              .00            .00
FALLS COLLECTION SERVICE   UNSECURED     NOT FILED               .00            .00
FINGERHUT                  UNSECURED     NOT FILED               .00            .00
FINGERHUT                  NOTICE ONLY   NOT FILED               .00            .00
FINGERHUT CORP             NOTICE ONLY   NOT FILED               .00            .00
JEWEL                      UNSECURED     NOT FILED               .00            .00
MCS                        UNSECURED     NOT FILED               .00            .00
NATIONAL QUICK CASH        UNSECURED     NOT FILED               .00            .00
PATRICIA L DEARING JD      UNSECURED     NOT FILED               .00            .00
AT & T BANKRUPCTY          UNSECURED     NOT FILED               .00            .00
AT & T BANKRUPCTY          NOTICE ONLY   NOT FILED               .00            .00
SPRINT PCS                 UNSECURED     NOT FILED               .00            .00
US DEPT OF EDUCATION       UNSECURED     NOT FILED               .00            .00
UNIVERSAL LENDERS INC      UNSECURED     NOT FILED               .00            .00
ROBERT J SEMRAD & ASSOC    REIMBURSEMENT     205.20              .00         205.20
ILLINOIS DEPT OF REVENUE   PRIORITY          109.00              .00         109.00
ILLINOIS DEPT OF HUMAN S   UNSECURED     NOT FILED               .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      2,200.00                        2,200.00
TOM VAUGHN                 TRUSTEE                                             610.90
DEBTOR REFUND              REFUND                                               58.15

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                11,409.00

PRIORITY                                       314.20
SECURED                                      6,675.00

                   PAGE  2 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 23581 JACQUELINE M JONES
```

```
     INTEREST                                                  499.21
UNSECURED                                                    1,051.54
ADMINISTRATIVE                                               2,200.00
TRUSTEE COMPENSATION                                           610.90
DEBTOR REFUND                                                   58.15
                                  ---------------     ---------------
TOTALS                                  11,409.00           11,409.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
Dated: 03/27/08                    _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```